

# THE THIRTEENTH COURT OF APPEALS

13-13-00381-CV

REVEREND RESHUNN D. CHAMBERS, TH.M

v.

AMERICAN HALLMARK INSURANCE CO. OF TEXAS

On Appeal from the
192nd District Court of Dallas County, Texas
Trial Cause No. DC-12-01540

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and remanded in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND REMANDED IN PART. Costs of the appeal are adjudged fifty percent against appellant, although he is exempt from payment due to his affidavit of inability to pay costs and fifty percent against appellee.

We further order this decision certified below for observance.

June 11, 2015